UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED

2011 FEB -9 PM 3:35

US DISTRICT COURT
MIDDLE DISTRICT OF FL
ORLANDO FLORIDA

UNITED STATES OF AMERICA

v.

SAMUEL SHAMBA WARLICK

CASE NO. 6:11-cr-6:11-CR-52-ORL-31-DAB
18 U.S.C. § 2252A(a)(2)(B)
18 U.S.C. § 2252A(a)(5)(B)
18 U.S.C. § 2253 - Forfeiture

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about December 13, 2010, in Seminole County, Florida, in the Middle District of Florida, and elsewhere,

**SAMUEL SHAMBA WARLICK**

the defendant herein, did knowingly distribute material containing images of child pornography, that is, visual depictions of a minor engaging in sexually explicit conduct, which had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and using any means and facility of interstate and foreign commerce, that is, the Internet.

All in violation of Title 18, United States Code, Section 2252A(a)(2)(B) and (b)(1).

### COUNT TWO

On or about January 14, 2011, in Seminole County, Florida, in the Middle District of Florida, and elsewhere,

**SAMUEL SHAMBA WARLICK**

the defendant herein, did knowingly possess material containing images of child pornography, that is, visual depictions of a minor engaging in sexually explicit conduct,

which had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and using any means and facility of interstate and foreign commerce, that is, the Internet.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

## FORFEITURES

1. The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 2253.

2. From his engagement in the violations alleged in Counts One and Two of this Indictment, the defendant, SAMUEL WARLICK, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all of his interest in:

   a. Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of this chapter;

   b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

   c. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253(b), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

A TRUE BILL,

_____
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____
Karen L. Gable
Assistant United States Attorney

By: _____
Carlos A. Perez-Irizarry
Assistant United States Attorney
Acting Chief, Orlando Division