UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  Case No. 6:11-cr-52-Orl-31DAB

SAMUEL SHAMBA WARLICK

## NOTICE OF APPEARANCE

The United States of America, by Robert E. O'Neill, United States Attorney for the Middle District of Florida, files this Notice of Appearance of the undersigned as counsel for the United States in the above-captioned case.

Respectfully submitted,
ROBERT E. O'NEILL
United States Attorney

By: *s/ Karen L. Gable*
Karen L. Gable
Assistant United States Attorney
USAO No. 025
501 West Church Street, Suite 300
Orlando, Florida 32805
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: karen.gable@usdoj.gov