UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                          Case No. 6:11-cr-52-Orl-31DAB

SAMUEL SHAMBA WARLICK

**GOVERNMENT'S NOTICE OF
ESTIMATED LENGTH OF TRIAL**

The United States of America, by Robert E. O'Neill, United States Attorney for

the Middle District of Florida, hereby advises the Court that should this case go to trial, it

is estimated that the length will be three days.

Respectfully submitted,

ROBERT E. O'NEILL
United States Attorney

By:      *s/ Karen L. Gable*
         Karen L. Gable
         Assistant United States Attorney
         USAO No. 025
         501 West Church Street, Suite 300
         Orlando, Florida 32805
         Telephone:  (407) 648-7500
         Facsimile:  (407) 648-7643
         E-mail:       karen.gable@usdoj.gov