UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.   Case No. 6:11-cr-52-Orl-31DAB

SAMUEL SHAMBA WARLICK

**NOTICE OF POSSIBLE CONFLICT OF INTEREST**

To assist the Court in its responsibility of appointment of counsel pursuant to Fed. R. Crim. P. 44, and Title 18, United States Code, Section 3006A, I certify that the following attorneys may have a conflict of interest if appointed to represent the above defendant because of representation of other individuals: None

Dated: February 11, 2011

Respectfully submitted,

ROBERT E. O'NEILL
United States Attorney

By:  *s/ Karen L. Gable*
Karen L. Gable
Assistant United States Attorney
USAO No. 025
501 West Church Street, Suite 300
Orlando, Florida 32805
Telephone:  (407) 648-7500
Facsimile:  (407) 648-7643
E-mail:  karen.gable@usdoj.gov