**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

v.  Case No. 6:11-CR-52-31DAB

**SAMUEL SHAMBA WARLICK,**
_____/

**NOTICE OF FILING OF WAIVER OF DEFENDANT'S PRESENCE AT
ARRAIGNMENT AND ENTRY OF NOT GUILTY PLEA**

The Defendant, Samuel Shamba Warlick, by and through undersigned counsel, hereby files the attached Waiver of Defendant's Presence at Arraignment and Entry of Not Guilty Plea. The Arraignment is currently set for Wednesday, February 16, 2011 at 11:45am, before the Honorable Magistrate Judge Donald P. Dietrich.

Respectfully Submitted,

DONNA LEE ELM
FEDERAL DEFENDER

*Donald R. West*
Donald R. West
Assistant Federal Defender
Florida Bar No. 0315941
Assistant Federal Defender
201 S Orange Avenue, Suite 300
Orlando, Florida 32801
Telephone: 407-648-6338
Fax: 407-648-6095
Email: don_west@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that undersigned attorney electronically filed the foregoing *Notice of Filing* with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to Karen L. Gable, Assistant United States Attorney, Orlando Division, this 15th day of February 2011.

/S/ **Donald R. West**
Donald R. West

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                       Case No. 6:11-CR-52-31DAB

SAMUEL SHAMBA WARLICK,

    Defendant.
_____/

## WAIVER OF SAMUEL SHAMBA WARLICK'S PRESENCE AT ARRAIGNMENT AND ENTRY OF NOT GUILTY PLEA

    I, SAMUEL SHAMBA WARLICK, the above-named defendant, do hereby waive my right to be present at Arraignment and enter a plea of not guilty to the charges. I hereby state that I have received a copy of the Indictment.

Donald R. West
Florida Bar No. 0315941
Assistant Federal Defender
201 S Orange Avenue, Suite 300
Orlando, Florida 32801
Telephone: 407-648-6338
Fax: 407-648-6095
Email: don_west@fd.org

Samuel Shamba Warlick
Defendant

Date: February 14, 2011

## CONSENT TO WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT AND RECEIPT OF PLEA OF NOT GUILTY

    I hereby accept the Waiver of Defendant's Presence at Arraignment and Entry of Not Guilty Plea and direct that the plea of not guilty be received for filing.

Date: _____                UNITED STATES MAGISTRATE JUDGE