UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.   Case No. 6:11-cr-52-Orl-31DAB

SAMUEL SHAMBA WARLICK

### NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

☒ **IS** related to pending or closed civil or criminal cases previously filed in this court, or any other Federal or State court, or administrative agency as indicated below:

6:11-mj-1016

☐ **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

Dated: February 15, 2011

Respectfully submitted,

ROBERT E. O'NEILL
United States Attorney

By:   *s/ Karen L. Gable*
Karen L. Gable
Assistant United States Attorney
USAO No. 025
501 West Church Street, Suite 300
Orlando, Florida 32805
Telephone:  (407) 648-7500
Facsimile:   (407) 648-7643
E-mail:   karen.gable@usdoj.gov

U.S. v. SAMUEL SHAMBA WARLICKCase No. 6:11-cr-52-Orl-31DAB

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

*s/ Karen L. Gable*
Karen L. Gable
Assistant United States Attorney
USAO No. 025
501 West Church Street, Suite 300
Orlando, Florida 32805
Telephone:(407) 648-7500
Facsimile:(407) 648-7643
E-mail:karen.gable@usdoj.gov