# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-vs-                                                              Case No. 6:11-cr-52-Orl-31DAB

**SAMUEL SHAMBA WARLICK**                         AUSA: Karen Gable
                                                  Defense Atty.: Donald West

| JUDGE | Donald P. Dietrich<br>United States Magistrate Judge | DATE AND TIME | February 16, 2011<br>11:48 am - 11:50 am |
|---|---|---|---|
| DEPUTY CLERK | Maurya McSheehy | TAPE/REPORTER | DIGITAL |
| INTERPRETER | None | PRETRIAL/PROB: | None |

## Clerk's Minutes
## ARRAIGNMENT ON INDICTMENT

Waiver of Defendant's presence at Arraignment and entry of not guilty plea GRANTED

Defendant enters plea of not guilty

Court receives plea and sets trial calendar

Defendant remains in custody