UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                     Case No. 6:11-CR-52-31DAB

SAMUEL SHAMBA WARLICK,

    Defendant.
_____/

**WAIVER OF SAMUEL SHAMBA WARLICK'S PRESENCE AT
ARRAIGNMENT AND ENTRY OF NOT GUILTY PLEA**

    I, SAMUEL SHAMBA WARLICK, the above-named defendant, do hereby waive my right to be present at Arraignment and enter a plea of not guilty to the charges. I hereby state that I have received a copy of the Indictment.

_____                          _____
Donald R. West                                       Samuel Shamba Warlick
Florida Bar No. 0315941                    Defendant
Assistant Federal Defender
201 S Orange Avenue, Suite 300
Orlando, Florida 32801
Telephone: 407-648-6338
Fax: 407-648-6095
Email: don_west@fd.org

Date: February 14, 2011

**CONSENT TO WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT
AND RECEIPT OF PLEA OF NOT GUILTY**

    I hereby accept the Waiver of Defendant's Presence at Arraignment and Entry of Not Guilty Plea and direct that the plea of not guilty be received for filing.

Date: 16 February 2011                       _____
                                                           UNITED STATES MAGISTRATE JUDGE