UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA                CASE NO 6:11-CR-52-ORL-31DAB

        Plaintiff,

v.

SAMUEL SHAMBA WARLICK

        Defendant.
_____/

MR. WARLICK'S UNOPPOSED MOTION TO CONTINUE TRIAL

**BY THIS MOTION, Mr. Warlick** asks the Court to continue his case from this Court's April docket to the June docket. The government does not oppose this request.

Mr. Warlick is charged in a two-count indictment with distributing child pornography in violation of 18 United States Code, § 2252A (a)(2)(B) and (b)(1) and possessing child pornography in violation of 18 United States Code, § 2252A (a)(5)(B) and (b)(2).

Mr. Warlick was indicted on February 9, 2011 and was arraigned on February 16, 2011. Mr. Warlick was brought before the Court on complaint following execution of a search warrant at his home and his arrest on January 14, 2011. The Defendant's computer and external storage devices were seized at that time. This case has not previously been continued.

Discovery is not yet complete. The government advises that a more detailed forensic report of the examination of the Defendant's computer and storage devices is forthcoming. As the Court is aware, images the government believes to be child pornography are not provided in discovery. Rather, the images are made available to counsel for the Defendant to review at a secure location. Because the report of the forensic examination is not yet

complete, the images containing suspected child pornography have not been inspected by counsel. Further, to conserve resources, the decision whether or not to retain a computer expert or other expert to assist the defense in the preparation of the case won't be addressed until the forensic report is finished and counsel has had the opportunity to review the seized evidence and suspected illegal images.

Counsel for Mr. Warlick has discussed this motion with Karen L. Gable, AUSA. Ms. Gable does not oppose the relief requested.

Counsel for Mr. Warlick has discussed this motion with the Defendant. Mr. Warlick agrees with the relief requested and waives his speedy trial rights through July 2011. Said waiver will be filed under separate cover.

**WHEREFORE,** Mr. Warlick requests this Honorable Court to grant the instant motion and continue his trial from the April trial docket to the Court's June, 2011 trial docket.

**DONNA LEE ELM**
**FEDERAL DEFENDER**

*/s Donald R. West*
Donald R. West
Assistant Federal Defender
Florida Bar No 0315941
201 South Orange Ave, Ste 300
Orlando, Florida 32801
(407) 648-6338
(407) 648-6765 fax
Don_West@fd.org

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing Unopposed Motion to Continue Trial was electronically filed with the Clerk of Court, Middle District of Florida using the Court's CM/ECF system on this the 15th day of March, 2011 and as such the Clerk will provide electronic notice to the attention of Assistant United States Attorney Karen L. Gable.

**DONNA LEE ELM**
**FEDERAL DEFENDER**

*/s  Donald R. West*
Donald R. West