UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                               Case No. 6:11-CR-52-ORL-31DAB

SAMUEL SHAMBA WARLICK,

    Defendant.
_____/

## WAIVER OF SPEEDY TRIAL

After consultation with his undersigned counsel, the Defendant, Samuel Shamba Warlick, hereby voluntarily and knowingly waives his right to a speedy trial under 18 U.S.C. § 3161, et seq., and the Sixth Amendment of the United States Constitution. Mr. Warlick understands that his undersigned counsel will move the Court to continue his case from the April 4, 2011 trial term to the June 2011 trial term and agrees to said continuance. Mr. Warlick is waiving speedy trial through July 31, 2011.

Dated: 3/11/11

Samuel Shamba Warlick

Dated: March 14, 2011

Donald R. West
Assistant Federal Defender
Florida Bar No. 0315941
201 South Orange Avenue, Suite 300
Orlando, Florida 32801
Telephone: (407) 648-6338
Fax: (407) 648-6095
Email: don_west@fd.org