# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-                                            Case No.  6:11-cr-52-Orl-31DAB

SAMUEL SHAMBA WARLICK

_____

### ORDER CONTINUING TRIAL AND
### RESETTING STATUS HEARING

This cause came on for consideration without oral argument on the Defendant's Unopposed

Motion to Continue Trial, currently set for the April, 2011, trial term.  The defendant filed a Waiver

of Speedy Trial (Doc. No. 19) waiving through July 31, 2011.

Without objection from the Government, the Court grants the motion and places this case on

the trial term commencing **June 1, 2011**.

The Court hereby resets the status conference in this case for **May 19, 2011,** at **8:45 A.M.**

before the Honorable Gregory A. Presnell, United States District Judge, in Courtroom #5A, United

States Courthouse, 401 W. Central Blvd., Orlando, Florida.  The defendant's presence is not required

at the status conference.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on March 15, 2011.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant