UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

## JUDGE GREGORY A. PRESNELL             JUNE  TRIAL CALENDAR

The following cases have been set for trial before the **HONORABLE GREGORY A. PRESNELL,** during the term commencing **9:15 a.m., Wednesday, June 1, 2011** in Courtroom No. 5A, Fifth Floor, U.S. Courthouse, Florida, 401 West Central Boulevard, Orlando, Florida 32801-0575.

The cases are listed in the order in which they will be tried, although experience indicates that **at times cases may be called out of order**.  Further, cases may be sent elsewhere in the District to be tried by any available District Judge, including Visiting Judges.  Cases not reached during this trial term will be placed at the beginning of the following month's trial term.  For the convenience of counsel, the names and telephone numbers of all counsel are furnished so that counsel may keep themselves informed of the progress of the cases listed prior to their own.

Counsel are reminded to advise the Court promptly of any development subsequent to the entry of this Notice which would in any way affect the trial of this case.  Plea Agreements must be filed by the deadlines indicated at the status conference.  The Court will not accept any plea agreements after that date, and Defendants will be required to plead to the indictment without regard to any agreement with the Government. The parties are required to contact the Magistrate Judges' Courtroom Deputies five (5) days before the end of the month to schedule a time for the change of plea hearing.   In civil jury cases where the Court is not notified of settlement before a jury is called, the parties will be assessed jury costs.

**Counsel and their witnesses are expected to be available on TWENTY-FOUR HOUR'S notice.**  Witnesses must wear proper business attire which includes the requirement that **gentlemen wear coat and tie**.

**N**ote: Cellular telephones and computer equipment are prohibited where federal judicial proceedings of any kind are conducted, unless otherwise permitted by the judicial officer before whom the particular case or proceeding is pending.

**CRIMINAL JURY TRIALS, DATE CERTAIN**

**June 13, 2011**
 (change of plea due by  6/3/2011)

    6:10-cr-214-Orl-31DAB                Jury Trial - 5 days
    United States of America              Carlos Perez
    vs.                                                      407-648-7500
    Allan Mirth                              James G. Kontos
                                                       321-242-9777
                                                        Rick Jancha
                                                        407-245-1232

    6:11-cr-37-Orl-31KRS                  Jury Trial - 2 days
    United States of America              Vincent Chiu
    vs.                                                       407-648-7500
    Daniel Martinez                          Joseph A. Fisher, III/Harrison T. Slaughter, Jr.
                                                         407-849-6161

    6:11-cr-52-Orl-31DAB                 Jury Trial
    United States of America             Karen Gable
    vs.                                                       407-648-7500
    Samuel Shamba Warlick              Donald West
                                                         407-648-6095

    6:11-cr-75-Orl-31GJK                 Jury Trial
    United States of America             Myrna Amelia Mesa
    vs.                                                       407-648-7500
    Donovan Davey                           James Wesley Smith, III
    **\*Speedy Trial expires 6/23/2011.**    407-648-6338

**June 20, 2011**

    6:11-cr-123-Orl-31KRS               Jury Trial
    United States of America             Bruce S. Ambrose
    vs.                                                        407-648-7500
    Jorge Parada-Moreno                 Stephen J. Langs
    **(change of plea due by 6/3/2011)**     407-648-6338

    6:10-cr-146-Orl-31GJK               Jury Trial - 4 days
    United States of America             Tanya Davis Wilson
    vs.                                                         407-648-7500
    Zechary Torrance Edwards          Andrew J. Chmelir
    **(change of plea due by 6/13/2011)**   407-327-8899


**CIVIL JURY  TRIALS, DATE CERTAIN**

**June 6, 2011**

    6:09-cv-1060-Orl-31GJK              Jury Trial - 3 days
    Mary Beth Knudsen                   Dennis F. Wells
    vs.                                                        407-865-5600
    David Higgins                            Larry Smith/Mary G. Jolley/Nancye R. Jones
    and                                                      386-736-5950
    Ben F. Johnson