UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-                                           Case No. 6:11-cr-52-Orl-31DAB

SAMUEL SHAMBA WARLICK              AUSA: Roger Handberg (Karen L. Gable)
                                              Defense Atty.: Don West

| JUDGE | David A. Baker<br>United States Magistrate Judge | DATE AND TIME | May 27, 2011<br>10:30-10:55 |
|---|---|---|---|
| DEPUTY CLERK | Helyn S. LaTorre | TAPE/REPORTER | digital |
| INTERPRETER | None | | |

## CLERK'S MINUTES
## Change of Plea

Case called, appearances taken
Procedural setting by Court
Defendant placed under oath
Court outlines charges in open court
Court finds defendant competent to enter plea
Court advises defendant of penalties
Court advises defendant as to rights
Defendant makes statement to the Court
Government relies on facts in plea agreement
Defendant enters plea of guilty to Count One of the Indictment
Court receives plea and will enter Report and Recommendation for the district judge
All pending motions are DENIED AS MOOT
Defendant remains in custody status pending sentencing