UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-                                                                Case No. 6:11-cr-52-Orl-31DAB

SAMUEL SHAMBA WARLICK

## Consent to Institute a Presentence Investigation and Disclose the Report Before Conviction or Plea of Guilty

I, SAMUEL SHAMBA WARLICK, hereby consent to a presentence investigation by the probation officers of the United States district courts. I understand and agree that the report of the investigation will be disclosed to the judge and the attorney for the government, as well as to me and my attorney, so that it may be considered by the judge.

I understand and agree that the report of the investigation will be disclosed to the judge and the attorney for the government, as well as to me and my attorney.

Dated: 5/27/2011

SAMUEL SHAMBA WARLICK

Dated: 5/27/2011

Counsel for Defendant