# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION
### JUDGE GREGORY A. PRESNELL

**UNITED STATES OF AMERICA**

-vs-                                                                       Case No. 6:11-cr-52-Orl-31DAB

**SAMUEL SHAMBA WARLICK**

_____

## NOTICE OF SENTENCING

**TAKE NOTICE** that sentencing has been set for:

## FRIDAY, AUGUST 19, 2011 at 9:00 A.M.

> United States Courthouse
> Fifth Floor, Courtroom Number 5A
> 401 W. Central Blvd.
> Orlando, Florida   32801-5750

The jury trial scheduled to begin on June 13, 2011, is cancelled.

**NOTE TO COUNSEL**: Counsel for the parties shall notify the Courtroom Deputy Clerk as soon as possible if they believe the sentencing hearing will be longer than 45 minutes. The Court will NOT consider, absent extraordinary circumstances, motions or memoranda that are not filed 3 business days before sentencing.

**SHERYL L. LOESCH, CLERK**

Date:   May 29, 2011

By:   Lisa Maurey
      Deputy Clerk

*The United States Attorney is responsible for issuing any necessary writ to obtain defendant's presence at this hearing.  Should the U. S. Marshal determine that a writ is necessary to obtain defendant's presence and that no writ has been received, the U. S. Marshal shall immediately advise the U. S. Attorney to deliver such writ in sufficient time to cause defendant's presence at such hearing.*

Distribution to the following:
Defendant
Counsel for Defendant
U. S. Attorney
U. S. Marshal
U. S. Probation Office
U. S. Pretrial Services
Judge Presnell's Chambers

**PLEASE NOTE**:  Photo I.D. is required to enter the United States Courthouse.  Also, cellular telephones and laptop computers are prohibited in the Courthouse.