# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-  Case No. 6:11-cr-52-Orl-31DAB

SAMUEL SHAMBA WARLICK

---

## NOTICE OF NO OBJECTION TO REPORT AND RECOMMENDATION

The United States of America has no objection to the Report and Recommendation issued by the Magistrate Judge on May 27, 2011 regarding the plea of guilty entered by SAMUEL SHAMBA WARLICK.

May 27, 2011

_____
Assistant United States Attorney

Copies to:
Presiding District Judge and Courtroom Deputy Clerk
Asst. U.S. Attorney
Counsel for the Defendant