**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**-vs-**                                                                                    Case No.  6:11-cr-52-Orl-31DAB

**SAMUEL SHAMBA WARLICK**

_____

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the defendant to Count One of the Indictment is now accepted and the defendant is adjudged guilty of such offense. A sentencing hearing has been scheduled for **August 19, 2011**, under separate notice.

**DONE** and **ORDERED** at Orlando, Florida, on June 13, 2011.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:

U. S. Magistrate Judge
U.S. Marshal's Office
U. S. Attorney's Office
U. S. Probation Office