**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

      v.                              Case No. 6:11-cr-52-Orl-31DAB
                                            (Forfeiture)

**SAMUEL SHAMBA WARLICK**

## PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the Motion of the United States of America for Issuance of a Preliminary Order of Forfeiture, which, upon entry, shall be a final order of forfeiture as to the defendant, Samuel Shamba Warlick. The Court, being fully advised in the premises, hereby finds as follows:

1. That defendant, Samuel Shamba Warlick, has agreed that as a result of the distribution of child pornography offenses charged in Count One of the Indictment, the defendant's interest in the computer equipment described more fully below is subject to forfeiture to the United States.

2. That, pursuant to the provisions of 18 U.S.C. § 2253 and Fed. R. Crim. P. 32.2(b)(2), the United States is entitled to the forfeiture of the defendant's interest in the following as a result of the defendant's actions:

    1.    **Acer desktop computer, model #T180, serial # PTS560X0467060A38F2703;**

    2.    **Hitachi hard disk drive, serial #R11J1TKD;**

    3.    **HP desktop computer, serial #MX15003853;**

    4.    **Seagate hard drive, serial #5FB1856G;**

    5.    **Western Digital external hard drive, serial #WCAU80025136;**

      **6.**      **SanDisk Cruzer mini flash media drive;**

      **7.**      **PNY Technologies flash media drive;**

      **8.**      **SanDisk Micro SD card;**

      **9.**      **19 floppy disks; and**

      **10.**      **4 Omega zip disks.**

Being fully advised in the premises, the Court finds:

WHEREAS, by virtue of the defendant's plea of guilty, the United States is now entitled to possession of the above-listed computer equipment pursuant to 18 U.S.C. § 2253 and Rule 32.2 of the Federal Rules of Criminal Procedure;

It is hereby ORDERED, ADJUDGED and DECREED:

1. That all right, title and interest of defendant, Samuel Shamba Warlick, in the above-listed computer equipment is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 18 U.S.C. § 2253.

2. The United States will provide written notice to all third parties known to have an alleged legal interest in the computer equipment and will publish notice on the internet at www.forfeiture.gov.

3. That any person, other than Samuel Shamba Warlick, who has or claims any right, title or interest in the above-described computer equipment must file a petition with this Court for a hearing to adjudicate the validity of their alleged interest in the computer equipment.  The petition should be mailed to the Clerk of the United States District Court, Orlando Division, 401 W. Central Blvd., Suite 1200, Orlando, Florida 32801-0120, within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

     4.     The petition shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited computer equipment, the time and circumstances of the petitioner's acquisition of the right, title or interest in the forfeited computer equipment, and any additional facts surrounding the petitioner's claim and the relief sought.

     5.     After receipt of the petition by the Court, the Court will set a hearing to determine the validity of the petitioner's alleged interest in the computer equipment.

     6.     That upon adjudication of all third-party interests in the above-described computer equipment, this Court will enter a Final Judgment of Forfeiture pursuant to 18 U.S.C. § 2253, in which all interests will be addressed.

     DONE and ORDERED this 9th day of August, 2011, in Orlando, Florida.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to: Attorneys of record