UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

                       **CASE NO 6:11-CR-52-ORL-31DAB**

**v.**

**SAMUEL SHAMBA WARLICK**

      **Defendant.**
_____/

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

The Defendant, Samuel S. Warlick, by and through his undersigned attorney, moves this Honorable Court to enter its Order continuing the sentencing in the above-styled cause and as grounds in support thereof, the Defendant states the following:

1. Mr. Warlick entered a guilty plea on May 27, 2011 to distributing child pornography in violation of 18 United States Code, § 2252A (a)(2)(B) before Magistrate Judge David A. Baker.

2. This Court accepted the plea on June 13, 2011. Sentencing is currently scheduled for August 19, 2011 at 9:00 am.

3. Counsel for the defendant needs additional time to gather records,

consult with experts and prepare the case for sentencing.

4. The defendant's family remains supportive of Mr. Warlick and wants to be present at the sentencing. Specifically, the defendant's father, William Warlick and his brother in law, Dan Turk, will be out of the country in Madagascar overseeing the development of Presbyterian Church (USA) mission projects from mid October 2011 to early November 2011. It is anticipated that Mr. William Warlick will be asked to speak on behalf of his son at the sentencing hearing.

5. If convenient with the Court, it is suggested that the sentencing hearing be set during the week of November 7, 2011. This will allow sufficient time to prepare the defense presentation, to provide adequate notice to the government of any expert witnesses the defense expects to call at the hearing and will not conflict with William Warlick's assignment in Madagascar. The week of November 7, 2011 is convenient for both counsel for the government and counsel for the defense.[1]

Undersigned counsel requests that a total of three hours be available for

---

[1] Should the week of November 7, 2001 not be convenient for the Court, it is requested that the sentencing hearing be scheduled after November 30, 2011. Undersigned counsel will be out of the office from November 15, 2011 through November 28, 2011.

the defense and government presentations.

6. The undersigned has communicated with counsel for the government, Karen L. Gable, Assistant United States Attorney, who has advised that the government has no objection to the relief requested.

**WHEREFORE**, the Defendant, Samuel S. Warlick, urges this Honorable Court to enter its Order continuing the sentencing hearing in this cause.

Respectfully submitted, this the 11th day of August 2011.

                    **DONNA LEE ELM**
                    **FEDERAL DEFENDER**

                    ***/s Donald R. West***
                    Donald R. West
                    Assistant Federal Defender
                    Florida Bar No 0315941
                    201 South Orange Ave, Ste 300
                    Orlando, Florida 32801
                    (407) 648-6338
                    (407) 648-6765 fax
                    Don_West@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that undersigned electronically filed the foregoing *Unopposed Motion to Continue Sentencing* with the Clerk of Court (CM/ECF) by using the CM/ECF system which will send a notice of electronic filing to the following: **Karen L. Gable**, Assistant United States Attorney, this the 11th day August 2011.

                                          **/s Donald R. West**
                                          Attorney for Defendant