# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**                                                    **Case No.  6:11-cr-52-Orl-31DAB**

**SAMUEL SHAMBA WARLICK**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING** (Doc. No. 34) |
| **FILED:** | **August 11, 2011** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

The sentencing hearing scheduled for August 19, 2011, is  rescheduled to **Monday, November 7,  2011, at 9:00 a.m.**  The Court has scheduled three hours for this hearing - counsel for the parties shall notify the Courtroom Deputy Clerk as soon as possible if they believe more or less time will be needed.  The Court will not accept motions/memoranda not filed at least 3 business days prior to sentencing.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on August 12, 2011.

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE