UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

CASE NO 6:11-CR-52-ORL-31DAB

v.

**SAMUEL SHAMBA WARLICK**
_____/

## DEFENDANT'S NOTICE OF CONFLICT AND UNOPPOSED MOTION TO CONTINUE THE SENTENCING HEARING

COMES NOW the defendant, SAMUEL SHAMBA WARLICK, by and through undersigned counsel, and files this Notice of Conflict and Unopposed Motion to Continue the Sentencing Hearing in this cause to a date after November 30, 2011 and in support thereof would state the following.

1. The Defendant has pled guilty and is pending sentencing for distribution of child pornography, a violation of 18 United States Code, §2252A (a)(2)(B).

2. On August 11, 2011, counsel for Mr. Warlick filed an unopposed motion to continue the sentencing hearing in this case requesting that the sentencing hearing be continued until the week of November 7, 2011, if otherwise convenient with the Court. (Doc 34) The Court granted that request and set sentencing for November 7, 2011. (Doc 35)

3. On September 2, 2011, the Court, *sua sponte*, rescheduled the sentencing hearing from November 7, 2011 to November 18, 2011. (Doc 36) Unfortunately, undersigned counsel is not available to appear on that day due to a previously planned personal trip with pre-paid tickets and accommodations from November 15th through November 28th. In order to avoid cancellation fees, the loss of unused annual leave and a very disappointed and potentially hostile significant other, counsel

asks this Court to reschedule the sentencing hearing from November 18, 2011 to a date after November 30, 2011[1].

  4. Counsel for Mr. Warlick has discussed this request with Karen L. Gable, Assistant United States Attorney, who advised that the government did not oppose the relief requested.

  WHEREFORE, undersigned counsel respectfully informs this Honorable Court of his conflict with the current sentencing date of November 18, 2011 and requests that the sentencing hearing in this cause be reset to a date convenient with the Court but after November 30, 2011.

              DONNA LEE ELM
              FEDERAL DEFENDER

              */s Donald R. West*
              Donald R. West
              Assistant Federal Defender
              Florida Bar No 0315941
              201 South Orange Ave, Ste 300
              Orlando, Florida 32801
              (407) 648-6338
              (407) 648-6095 fax
              Don_West@fd.org

---

[1] In the August 11, 2011 Unopposed Motion to Continue Sentencing, undersigned counsel advised the Court of his unavailability during the latter part of November and asked that should the motion be granted that the hearing not be scheduled between November 15, 2011 and November 30, 2011. See, footnote 1 of Doc 34, "Should the week of November 7, 2001 not be convenient for the Court, it is requested that the sentencing hearing be scheduled after November 30, 2011. Undersigned counsel will be out of the office from November 15, 2011 through November 28, 2011." Presumably, the Court simply failed to note the previously stated conflict when it rescheduled the sentencing from November 7th to November 18th, right in the middle of undersigned's vacation of a lifetime.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that undersigned electronically filed the foregoing *Notice of Conflict and Unopposed Motion to Continue the Sentencing Hearing* with the Clerk of Court (CM/ECF) by using the CM/ECF system which will send a notice of electronic filing to the following: Karen L. Gable, Assistant United States Attorney, this the 14th day September 2011.

                                               **s/ Donald R. West**
                                               Attorney for Defendant