# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**                                                                                       Case No.  6:11-cr-52-Orl-31DAB

**SAMUEL SHAMBA WARLICK**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**  **DEFENDANT'S UNOPPOSED MOTION TO CONTINUE THE SENTENCING HEARING (Doc. No. 37)**
>
> **FILED:**  September 14, 2011
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

The sentencing hearing scheduled for November 18, 2011, is rescheduled to **Tuesday, December 6, 2011, at 1:00 p.m.**  The Court has scheduled three hours for this hearing - counsel for the parties shall notify the Courtroom Deputy Clerk as soon as possible if they believe more or less time will be needed.  The Court will not accept motions/memoranda not filed at least 3 business days prior to sentencing.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on September 15, 2011.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant