UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  Case No. 6:11-cr-52-Orl-31DAB
(Forfeiture)

SAMUEL SHAMBA WARLICK

## UNITED STATES' MOTION FOR FINAL JUDGMENT OF FORFEITURE

The United States of America, by and through its undersigned Assistant United States Attorney, respectfully moves this Court for a Final Judgment of Forfeiture for the following:

1. Acer desktop computer, model #T180, serial # PTS560X0467060A38F2703;

2. Hitachi hard disk drive, serial #R11J1TKD;

3. HP desktop computer, serial #MX15003853;

4. Seagate hard drive, serial #5FB1856G;

5. Western Digital external hard drive, serial #WCAU80025136;

6. SanDisk Cruzer mini flash media drive;

7. PNY Technologies flash media drive;

8. SanDisk Micro SD card;

9. 19 floppy disks; and

10. 4 Omega zip disks.

In support of its motion, the United States submits the following memorandum of law.

**MEMORANDUM OF LAW**

**I.  Statement of Facts**

1. On February 9, 2011, a two count Indictment was returned. Doc. 8. Count One charged the defendant with distribution of child pornography, in violation of 18 U.S.C. § 2252A(a)(2)(A).

2. As the result of the distribution of child pornography offenses charged in Count One, the Forfeiture Allegations of the Indictment sought the forfeiture of the defendant's interest in any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of this chapter; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

3. On May 27, 2011, the defendant pled guilty to Count One of the Indictment. Doc. 25.

4. On August 9, 2011, the Court granted the United States' motion and entered the Preliminary Order of Forfeiture, Doc. 33, forfeiting to the United States all right, title, and interest of defendant Samuel Shamba Warlick in the above-referenced assets.

5. In accordance with the provisions of 21 U.S.C. § 853(n), the United States published notice of the forfeiture, and of its intent to dispose of the subject assets, on the official government website, www.forfeiture.gov, beginning on August 22, 2011 and ending on September 20, 2011. Doc. 39. The publication gave notice to all third parties with a

legal interest in the subject assets to file with the Clerk of the Court, 401 W. Central Blvd., Suite 1200, Orlando, Florida 32801-0120, a petition to adjudicate their interest within 60 days of the first date of publication.

7.  To date, no third party has filed a Petition to Adjudicate Interest in the subject assets, and the time for filing such Petition has expired.  Accordingly, no persons or entities, other than the defendant Samuel Shamba Warlick, whose interests were forfeited to the United States in the Preliminary Order of Forfeiture, are known to have an interest in the subject assets.

## II.  **<u>Applicable Law</u>**

When all third party petitions have been adjudicated, or if no petitions are filed, it is appropriate to enter a final order of forfeiture in accordance with Rule 32.2(c)(2).  In addition, 21 U.S.C. § 853(n)(7) provides that following the disposition of all petitions, or if no petitions are timely filed in accordance with 21 U.S.C. § 852(n)(2), "the United States shall have clear title to property that is the subject of the order of forfeiture and may warrant good title to any subsequent purchaser or transferee."  21 U.S.C. § 853(n)(7).

As required under 21 U.S.C. § 853(n), the United States published notice of the forfeiture on the official government website, www.forfeiture.gov, beginning on August 22, 2011 and ending on September 20, 2011.  Pursuant to Rule 32.2(b)(6)(C), publication must take place as described in Supplemental Rule G(4)(a)(iii) by any means described in Rule G(4)(a)(iv), which authorizes publication by internet.

The internet publication notified all who might have an interest in the subject assets of the United States' intent to dispose of the referenced assets and provided instructions on filing a petition to adjudicate an interest in the assets.  In accordance with the above-

referenced provisions, a person or entity had sixty (60) days from the first date of publication to file a petition with the District Court.  Here, the first date of internet publication on www.forfeiture.gov was August 22, 2011.  Thus, the final date for filing a petition to adjudicate interest in the subject assets was October 21, 2011, and the time for filing such petitions has expired.

Publication having been effected, and no claims or petitions having been filed, it is now appropriate to enter a final order or judgment of forfeiture.

### III.   Conclusion

The United States respectfully requests that this Court, pursuant to the provisions of Fed. R. Crim. P. 32.2(c)(2) and 18 U.S.C. § 2253, enter a final order forfeiting to the United States all right, title and interest in the above-referenced assets for disposition according to law, and vesting clear title to said assets in the United States of America.

Respectfully submitted,

ROBERT E. O'NEILL
United States Attorney

By:   s/Nicole M. Andrejko
Nicole M. Andrejko
Assistant United States Attorney
Florida Bar No. 0820601
501 West Church Street, Suite 300
Orlando, Florida 32805
Telephone:   (407) 648-7500
Facsimile:   (407) 648-7643
E-Mail:   Nicole.Andrejko@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 26, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Donald R. West, Esquire

                                      s/Nicole M. Andrejko
                                      Nicole M. Andrejko
                                      Assistant United States Attorney
                                      Florida Bar Number 0820601
                                      501 West Church Street, Suite 300
                                      Orlando, Florida  32805
                                      Telephone:   (407) 648-7500
                                      Facsimile:     (407) 648-7643
                                      E-mail:          Nicole.Andrejko@usdoj.gov