**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

v.  Case No. 6:11-cr-52-Orl-31DAB
(Forfeiture)

**SAMUEL SHAMBA WARLICK**

## FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the Motion by the United States for a Final Judgment of Forfeiture (Doc. 40) for the following assets:

1. Acer desktop computer, model #T180, serial # PTS560X0467060A38F2703;
2. Hitachi hard disk drive, serial #R11J1TKD;
3. HP desktop computer, serial #MX15003853;
4. Seagate hard drive, serial #5FB1856G;
5. Western Digital external hard drive, serial #WCAU80025136;
6. SanDisk Cruzer mini flash media drive;
7. PNY Technologies flash media drive;
8. SanDisk Micro SD card;
9. 19 floppy disks; and
10. 4 Omega zip disks.

WHEREAS, on August 9, 2011, this Court entered a Preliminary Order of Forfeiture, Doc. 33, pursuant to the provisions of 18 U.S.C.§ 2253, forfeiting to the United States of America all right, title, and interest of defendant, Samuel Shamba Warlick, in the assets listed above;

AND WHEREAS, in accordance with the provisions of 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States published notice of the forfeiture, and of its intent to dispose of the subject assets, on the official governmental website, www.forfeiture.gov, beginning on August 22, 2011 and ending on September 20, 2011. Doc. 39.  The publication gave notice to all third parties with a legal interest in the subject assets to file with the Clerk of the Court, 401 W. Central Blvd., Suite 1200, Orlando, Florida 32801-0120, a petition to adjudicate their interest within 60 days of the first date of publication;

AND WHEREAS, it appears from the record that no persons or entities filed a Petition to Adjudicate Interest in the assets to date, the time for filing such Petition has expired, and Samuel Shamba Warlick's interest in the above-described assets was forfeited to the United States in the Preliminary Order of Forfeiture;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1.    That all right, title and interest in the above-described assets is hereby condemned, forfeited and vested in the United States of America, pursuant to the provisions of 18 U.S.C. § 2253 and Fed. R. Crim. P. 32.2(c)(2).

2.    That clear title to the assets is now vested in the United States.

3.    That the United States Marshals Service is directed to dispose of the assets according to law.

The Clerk of Court is hereby directed to send copies of this Order to all counsel of record.

DONE and ORDERED this 27th day of October, 2011, at Orlando, Florida.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE