# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

---

**UNITED STATES OF AMERICA**

**-vs-**  Case No. 6:11-cr-52-Orl-31DAB

**SAMUEL SHAMBA WARLICK**

| | | | |
|---|---|---|---|
| **JUDGE:** | Gregory A. Presnell | **COUNSEL FOR GOVERNMENT:** | Karen L. Gable |
| **DEPUTY CLERK:** | Lisa Maurey | **COUNSEL FOR DEFENDANT:** | Donald R. West |
| **COURT REPORTER:** | Sandy Tremel | **PROBATION:** | Sally Stanis |
| **DATE/TIME:** | December 6, 2011 @ 1:00 p.m. | **INTERPRETER:** | Not Required |

## MINUTES ON SENTENCING - Evidentiary

Agent John Steven McElway placed under oath and testifies for the government. *Voir dire* by counsel for Defendant. Direct testimony continues. Cross-examination.

Nancy Warlick, Defendant's mother, placed under oath and testifies for Defendant. Witness addresses the Court. Cross-examination. Redirect.

Dr. Debra Day placed under oath and testifies for Defendant. Without objection, witness recognized as an expert witness. Cross-examination. Court inquires with Witness. Redirect.

Defendant makes a statement to the Court.

**SENTENCE IMPOSED as to Count One of the Indictment.** Count Two is DISMISSED pursuant to the Plea Agreement.

**INCARCERATION**: 150 months.

**SUPERVISED RELEASE**: 20 years. *Special conditions of supervised release:* Mandatory drug testing requirements are waived. Defendant shall cooperate in the collection of DNA. Defendant shall participate in sex offender mental health treatment. Defendant shall have no contact with minor children without written permission from his probation officer. Media and computer restrictions imposed. Defendant shall register with all sex offender registries as required by law.

**FINE** and cost of imprisonment are waived.

Minutes, Page 2

**SPECIAL ASSESSMENT** of $100.00 is due in full and immediately.

**FORFEITURE** ordered of those assets identified in the Plea Agreement; to wit, the computer equipment.  Order of Forfeiture entered October 27, 2011, at Doc. No. 41.

The defendant is **remanded** to the custody of the United States Marshal.

Court recommends to the Bureau of Prisons that the defendant be placed in a facility that is suitable for his history and is as close to Central Florida as possible.

Defendant advised of right to appeal.

Acknowledgment of Right to Appeal filed in open court.

Start: 1:02 p.m., Recess: 2:26 p.m., Reconvene: 2:42 p.m., Stop 4:08