**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

-vs-                                                                    6:11-cr-52-Orl-31DAB

**SAMUEL SHAMBA WARLICK**

## COURT'S EXHIBIT LIST

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 1 | 12/6/11 | | | | Appendix A, opinions relied upon by U.S. District Judge Gregory A. Presnell which reject, on policy grounds, the viability of USSG 2G2.2 |
| 2 | 12/6/11 | | | | Sentencing Commission Data for Below Range Sentences for Child Pornography Cases (§2G2.2) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |