UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Filed
IN OPEN COURT
12-6-11
CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,

    Plaintiff,   __
    Government  X

v.                              Case No. 6:11-cr-52-Orl-31DAB

SAMUEL SHAMBA WARLICK

    __ Evidentiary
    __ Trial
    X  Other- Sentencing

    Defendant  __

### EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 1 | 12-6-11 | 12-6-11 | McElway | hearsay | Final Report of the Independent Abuse Review Panel Presbyterian Church (U.S.A.) |
| 1-A | 12-6-11 | 12-6-11 | McElway | | Excerpt from Final Report of the Independent Abuse Review Panel Presbyterian Church about Defendant (pages 197 - 208) |